## SIMPSON *against* PATTEN.

A promise to pay the debt of a third person, though made on a sufficient consideration, must be in writing.

IN error on *certiorari*, from a justice's court.

*Patten*, the defendant in error, sued *Simpson*, the plaintiff in error, in the court below, on a promise, that if he, *Patten*, would forbear to sue one *J. S.* the present plaintiff in error would pay the defendant in error the amount of the note of *J. S.* to the defendant in error, which was then due, as soon as he could sell an acre of land, belonging to the said *J. S.* which he was authorised to sell; and the plaintiff averred that *Simpson* did sell the acre of land, for the sum of 50 dollars, &c.

The defendant in error, offered to prove the promise, as stated; but the plaintiff in error, insisted that there ought to be some note, or memorandum in writing of the promise, otherwise the plaintiff could not recover; but the justice admitted evidence of the verbal promise, and gave judgment for the plaintiff.

*Shepherd*, for the plaintiff in error.

*Van Vechten*, contra, cited *Elting* v. *Vanderlyn*, (*ante*, p. 237.)

*Per Curiam.* A promise to pay the debt of a third person must be in writing, notwithstanding it is made on a sufficient consideration. (2 *Str.* 873. 2 *Term Rep.* 80. 2 *Wils.* 94. 1 *Saund.* 211. n. 2.) The judgment below must be reversed.

Judgment reversed.